UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHERINE GOOD,

      Plaintiff,

v.                                            CASE NO. 3:25-cv-1103-WWB-SJH

UNITED STATES POSTAL SERVICE,
et al.,

      Defendants.
_____/

## **ORDER**

Defendant National APWU's Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law ("Motion"), Doc. 12, does not comply with Local Rule 3.01(g).

"The importance of Local Rule 3.01(g) 'cannot be overstated.'" *Craig v. Target Corp.*, No. 2:23-cv-599-JLB-KCD, 2023 WL 11257275, at *1 (M.D. Fla. Dec. 4, 2023) (citation omitted). Local Rule 3.01(g) "is designed to foster communication between the parties and help resolve certain disputes without court intervention[,]" and it helps "ensure the finite resource of judicial time is expended on genuine disputes[.]" *Id.* (citation omitted); *see also Hernandez v. Rodriguez*, No. 5:24-cv-137-JSM-PRL, 2025 WL 756547, at *1 (M.D. Fla. Feb. 3, 2025); *McLaughlin v. Select Rehab. LLC*, No. 3:22-cv-59-HES-MCR, 2023 WL 3009868, at *3. The Court expects compliance "with both the letter and spirit of Local Rule 3.01(g)." *Hernandez*, 2025 WL 756547, at *2.

Local Rule 3.01(g) applies to both counseled and *pro se* parties. *See Good Gateway, LLC v. Orlando Gateway Partners, LLC*, No. 6:25-cv-120-WWB-RMN, 2025 WL 2083415, at *1 (M.D. Fla. Feb. 19, 2025). Because the Motion does not comply, it will be denied without prejudice. *See id.* Any renewed motion must comply with Local Rule 3.01(g). *See id.* ("The term 'confer' in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an exchange of ultimatums by fax, letter, or e-mail."); *see also McLaughlin*, 2023 WL 3009868, at *3 ("Local Rule 3.01(g) requires a movant to 'confer with the opposing party in a good faith effort to resolve the motion.' . . . The rule has been construed to mean to 'speak to each other in person or by telephone, in a good faith attempt to resolve disputed issues.'" (citations omitted)).

Accordingly, it is **ordered** that the Motion, Doc. 12, is **denied without prejudice** to the filing of a renewed motion that complies with Local Rule 3.01(g) by no later than **February 26, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, on February 12, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record