UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHERINE GOOD,

      Plaintiff,

v.                               CASE NO. 3:25-cv-1103-WWB-SJH

UNITED STATES POSTAL SERVICE,
et al.,

      Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Amend ("Motion"), Doc. 17.

In the Motion, Plaintiff seeks leave to file a second amended complaint to include additional factual detail in her allegations. *Id.* No timely response was filed to the Motion, which is thus deemed unopposed. *See* Local Rule 3.01(d). The Court will therefore grant the Motion to the extent that Plaintiff will be permitted to file a second amended complaint.[1]

---

[1] The Motion does not comply with Local Rule 3.01(b), Local Rule 3.01(g), or the typography requirements in the Standing Order of the presiding District Judge, Doc. 3. Given that the Motion is deemed unopposed, the Court finds it appropriate to nevertheless grant the relief herein in this specific instance. *See* Local Rule 1.01(a)–(b); *see also* Fed. R. Civ. P. 1; *Pinkston v. Univ. of S. Fla. Bd. of Trs.*, No. 8:18-cv-2651-T-33SPF, 2019 WL 4581364, at *1 (M.D. Fla. Sept. 20, 2019). The parties shall ensure that future filings fully comply with the Local Rules and the applicable Standing Order.

However, any amended pleading must comply with the Federal Rules of Civil Procedure ("Rule(s)"), including Rules 8 and 10. These requirements have previously been outlined. *See* Doc. 5 at 3–7. The proposed amended pleading attached to the Motion, Doc. 17-1, does not comply with the Court's prior instructions or the Rules. By way of example, it is in narrative format without separately numbered paragraphs. *See id.*[2]

Accordingly, the Motion is **granted** to the extent that Plaintiff is **directed** to file a proper second amended complaint by no later than **April 1, 2026**. The second amended complaint must comply with the Rules; the instructions herein; and the instructions in the Court's September 26, 2025, Order, Doc. 5, which are incorporated herein.

Given the forthcoming second amended complaint, the motion to dismiss directed to the amended complaint, Doc. 16, is **denied without prejudice** as moot. *See Malowney v. Federal Collection Deposit Group*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

---

[2] Though unclear, it appears that Plaintiff may have intended the attachment to operate as a supplement rather than as a standalone pleading. Such would be improper. The Rules "do not authorize litigants to submit their pleadings in a piecemeal fashion"; rather, they contemplate one operative pleading per litigant. *Aufderhaar v. Warder*, No. 8:21-cv-419-MSS-CPT, 2021 WL 7448081, at *4 (M.D. Fla. Nov. 3, 2021), *report and recommendation adopted*, 2021 WL 7448085 (M.D. Fla. Nov. 30, 2021); *see also Schoen v. Marion Cnty., Fla.*, No. 5:10-cv-652-Oc-99MMH-JBT, 2011 WL 13295822, at *2 (M.D. Fla. Jan. 6, 2011). Thus, as Plaintiff was previously advised, any amended pleading supersedes the prior pleadings and must be complete and must include all claims Plaintiff wishes to pursue, as well as all facts in support and relief sought, in a single submission. *See* Doc. 5 at 7.

**DONE AND ORDERED** in Jacksonville, Florida, on March 18, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record